UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVED BAIG,

       Plaintiff,                                        Case No. 1:07-CV-866

v.                                                    Hon. Robert J. Jonker

BRETLIN HOME MORTGAGE, INC.,

       Defendant.
_____/

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

Pending before the court is Plaintiff's Motion to Amend Pleadings and Add Parties (docket no. 31), which is unopposed. The motion is GRANTED and plaintiff's proposed Amended Complaint is deemed filed.

       IT IS SO ORDERED.

Dated: January 3, 2008                             /s/ Hugh W. Brenneman, Jr.
                                                                        HUGH W. BRENNEMAN, JR.
                                                                        United States Magistrate Judge